

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00018-CV

## IN THE INTEREST OF L.G.H., A CHILD

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 76,737-D**

## O R D E R

The trial court has entered findings of fact and conclusions of law and forwarded them to this Court in a supplemental record filed January 13, 2017.  This appeal was reinstated on January 17, 2017.  Appellant has 30 days from the date of this order to file any amended or supplemental brief with this Court as necessary to respond to the trial court's findings and conclusions.  If Appellant files an amended or supplemental brief, Appellee will have 30 days after the filing of Appellant's brief to file a reply brief.  If no additional brief is filed by Appellant within 30 days, the Court will proceed based on the

original briefing already filed by the parties.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Judge Ellis[1]
Order delivered and filed February 15, 2017



---

[1] The Honorable Stephen Ellis, Judge of the 35th District Court of Brown County, sitting by assignment of the Chief Justice of the Supreme Court of Texas pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).